United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY ROBERT GARCIA, | ) | No. C 06-6735 MMC (PR) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR CORRECTION** |
| v. | ) ) | |
| G. STEWART, et al., | ) | **(Docket No. 6)** |
| Defendants. | ) ) | |
| _____ | ) | |

On January 5, 2007, the Court granted plaintiff's application to proceed in forma pauperis, and stated that "[t]he total filing fee that ultimately will be due is $350.00." Now before the Court is plaintiff's motion, filed January 18, 2007, to correct said order to lower the total fee due to $250.00. Plaintiff's motion is hereby DENIED. The filing fee for a civil action in this district is $350.00, and pursuant to 28 U.S.C. § 1915(b)(1), plaintiff ultimately will have to pay the entire filing fee.

This order terminates Docket No. 6.

IT IS SO ORDERED.

DATED: April 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge