IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBERT GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. STEWART, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 06-6735 MMC (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY; GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>(Docket Nos. 16 & 17) |

　　　On October 30, 2006, plaintiff, a California prisoner currently incarcerated at Pelican Bay State Prison ("PBSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against various PBSP employees. On January 5, 2007, the Court ordered the complaint served upon defendants and scheduled dispositive motions.

　　　Now before the Court is plaintiff's motion, filed June 18, 2007, to compel discovery.[1] Plaintiff may file a motion to compel discovery only after he satisfies the "meet and confer" requirements of the discovery rules. See Fed. R. Civ. P. 37(a)(2)(A); L. R. 37-1(a). It is clear from plaintiff's motion that he has not done so. Accordingly, plaintiff's motion to compel is hereby DENIED.

　　　Also before the Court is defendants' motion, filed June 20, 2007, to stay discovery. Defendants state they will be filing, on or before the July 5, 2007 deadline, a dispositive motion asserting, <u>inter alia</u>, the defense of qualified immunity. As a general rule, a district

---

[1] Plaintiff's motion is titled "Motion of Certification for Order to Compel Discovery." On June 26, 2007, plaintiff filed a memorandum in support of his motion, which the Court has considered as well.

court should stay discovery until the issue of qualified immunity is resolved.  Crawford-El v. Britton, 523 U.S. 574, 598 (1998); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982). Accordingly, defendants' motion for a stay of discovery is hereby GRANTED and all discovery is hereby STAYED pending the court's resolution of defendants' dispositive motion.  If defendants fail to file such motion by July 5, 2007, or file such motion but fail to include therein the defense of qualified immunity, the stay is deemed VACATED as of said date.

This order terminates Docket Nos. 16 and 17.

IT IS SO ORDERED.

DATED: June 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge