IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY ROBERT GARCIA,

        Plaintiff,

  v.

G. STEWART, et al.,

        Defendants.
                             /

No. CV-06-6735 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants' motion for summary judgment is hereby GRANTED, and judgment shall be entered in favor of each of the defendants.

    2. Plaintiff's motions are hereby DENIED as moot.

Dated: March 16, 2009                                       Richard W. Wieking, Clerk

                                                                                        By: Tracy Lucero
                                                                                        Deputy Clerk